**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JudgeChristine M. Arguello**

Civil Action No. 12-cv-00700-CMA
Criminal Action No. 07-cr-00175-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE STANLEY,

    Defendant/Movant.

---

### ORDER FOR GOVERNMENT TO RESPOND

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney, **on or before April 10, 2012**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this __29th__ day of March, 2012, at Denver, Colorado.

        BY THE COURT:

        */s/ Christine M. Arguello*
        _____
        CHRISTINE M. ARGUELLO
        United States District Court Judge