IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00175-CMA
(related Civil Case No. 12-cv-00700-CMA)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

ANDRE STANLEY,
a/k/a "Sincere,"
a/k/a "Cere,"

    Defendant-Movant.

---

## **JUDGMENT**
---

Pursuant to and in accordance with the Order Denying Movant's 28 U.S.C. § 2255 Motion entered by the Honorable Christine M. Arguello (ECF No. 743), entered December 28, 2012, the following Judgment is hereby entered:

1.     It is ORDERED that Movant's 28 U.S.C.§ 2255 Motion to Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. # 734) is DENIED.

2.     It is FURTHER ORDERED that there is no basis on which to issue a certificate of appealabilty pursuant to 28 U.S.C. § 2253(c).

3.     That the corresponding civil action is dismissed.

Dated at Denver, Colorado this   28th   day of December, 2012.

                      FOR THE COURT:

                      JEFFREY P. COLWELL, CLERK

                      By:  s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk